AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11806640

**RECEIVED**
By USMS District of Columbia District Court at 4:37 pm, May 13, 202...

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:25-cr-00136 |
| ANTHONY ESTRADA | ) | Assigned To: Contreras, Rudolph |
| | ) | Assign Date: 5/13/2025 |
| | ) | Description: INDICTMENT (B) |
| *Defendant* | ) | |

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ANTHONY ESTRADA

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute 400 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl and 100 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl Analogue

Date:   05/13/2025

*Issuing officer's signature*

City and state:   WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/13/25, and the person was arrested on *(date)* 6/3/25
at *(city and state)* Washington DC

Date: 6/3/25

*Arresting officer's signature*

Ross Kantola DUSM
*Printed name and title*